IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> T&S BUSINESS CORPORATION, d/b/a ) <br> IHOP #649;  KANTILA J. MADHVANI; ) <br> ) <br> Defendants. ) | 2:09-cv-0180-GEB-DAD <br><br> ORDER |

The parties' Joint Status Report filed April 9, 2009, states that "Plaintiff consents to having this case tried before a magistrate judge" and "Defendants believe this matter would be appropriately tried before a magistrate judge pursuant to 28 U.S.C. § 636(c)."

Therefore, if the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed. See Local Rule 73-305(b) (prescribing

/////
/////
/////
/////
/////

1

"notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated: April 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:09-cv-0180-DAD.

IT IS SO ORDERED.

DATED: April 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/johnson0180.consent