IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

v.

T&S BUSINESS CORPORATION,
Individually and d/b/a IHOP #649,
et al.,
                                /

No. CIV S-09-0180 DAD

ORDER RE-SETTING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE

        Pursuant to the statements of counsel in the parties' Joint Status Report filed April 9, 2009, this action has been reassigned to the undersigned for all further proceedings.

        Good cause appearing, IT IS ORDERED that:

        1. The parties shall file their consent forms within ten days after this order is served. The form is available in fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers.

        2. The Status (Pretrial Scheduling) Conference previously set for April 27, 2009 before the district judge is re-set for **May 15, 2009, at 11:00 a.m.** in Courtroom No. 27 before the undersigned.

        3. Any supplemental joint status report the parties may choose to file shall be filed on or before May 11, 2009.

4. All parties are permitted to appear at the status conference telephonically. To arrange telephonic appearance, counsel shall contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, at least three days prior to the status conference.

DATED: April 28, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\johnson0180.ossc