IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

    v.

T&S BUSINESS CORPORATION, Individually and d/b/a IHOP #649, et al.,

_____/

No. CIV S-09-0180 DAD

ORDER RE-SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

    At the Status (Pretrial Scheduling) Conference conducted on May 15, 2009, counsel joined in a request for a continuance based on the possibility of a resolution to the case within ten days. The status conference was continued to July 17, 2009. On July 16, 2009, plaintiff's counsel filed a notice of settlement in which he represented that dispositional documents would be filed within thirty calendar days. More than eighty days have passed, and no dispositional documents have been filed. Nor have counsel requested an extension of time to file dispositional documents.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Status (Pretrial Scheduling) Conference is **RE-SET** for **November 20, 2009,** at 11:00 a.m. in Courtroom No. 27. This status conference will not be continued or vacated unless dispositional documents are filed and the case is closed prior to the date set.

1

1  2. A Joint Status Report shall be filed on or before November 6, 2009; the joint status report shall address all matters listed in Paragraph 6 of the Order Setting Status (Pretrial Scheduling) Conference issued by the Honorable Garland E. Burrell, Jr. on January 21, 2009 (Doc. No. 4).

3. All counsel shall appear at the Status (Pretrial Scheduling) Conference in person.

DATED: October 5, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\johnson0180.ossc2