SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>          Plaintiff,<br><br>     vs.<br><br>T&S Business Corporation et al,<br><br>          Defendants | Case No. **2:09-cv-00180-DAD**<br><br>**STIPULATION AND ORDER RE REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Plaintiff, Scott N. Johnson, and Defendants, T&S Business Corporation and Kantilal J. Madhvani, by and through their respective attorneys of record (Scott N. Johnson; Alden J. Parker) hereby request an extension of time until November 25, 2009 to file dispositional documents for this case. Plaintiff and Defendants are in the process of finalizing a settlement agreement and need an additional 30 day period. Plaintiff provided a draft

STIPULATION AND PROPOSED ORDER REQUEST ADDITIONAL TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: 2:09-cv-00180-DAD - 1

1  settlement agreement to Defendants' counsel on July 23,
2  2009. However, Defendants counsel has had limited contact
3  with Defendants who have been out of the country.

4

5  Dated:  October 26, 2009         /s/Scott N. Johnson _____
                                    Scott N. Johnson,
6                                   Attorney for Plaintiff

7

8  Dated:  November 6, 2009         /s/Alden J. Parker    __
9                                   Alden J. Parker,
                                    Attorney for Defendants,
10                                  T&S Business
                                    Corporation; Kantilal J.
11                                  Madhvani

12
                                **ORDER**
13

14     IT IS HEREBY ORDERED THAT the parties shall file
15  dispositional documents no later than November 25, 2009.
16  The Status Conference currently set for November 20, 2009,
17  is continued to December 4, 2009, at 11:00 a.m.  If
18  dispositional documents are not filed by November 25, 2009,
19  the December 4, 2009 Status Conference will be held and no
20  further continuances will be granted.
21
    Date:  November 13, 2009.
22

23                                 _____
                                   DALE A. DROZD
24                                 UNITED STATES MAGISTRATE JUDGE

25

26  Ddad1/orders.consent/johnson0180.stipord

27

28   STIPULATION AND PROPOSED ORDER REQUEST ADDITIONAL TIME TO FILE DISPOSITIONAL

                                  DOCUMENTS

                              CIV: 2:09-cv-00180-DAD - 2